## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| AVIALAE S. DE. R.L. DE C.V., | ) |
| Plaintiff, | ) Civil No. 3:19-cv-00380 |
| vs. | ) |
| CUMMINS, INC., | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL BY DEFENDANT CUMMINS INC.

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Cummins Inc. ("Cummins") hereby gives notice that it removes to this Court the state-court action descried below.

### PROCEDURAL HISTORY

1. The state court action that is hereby removed to this Court was filed on November 14, 2019 in the 41st Judicial District Court, El Paso County, Texas, styled AVIALAE S. DE. R.L. DE C.V. v. CUMMINS, INC., Cause No. 2019DCV4413 (the "State Court Action"). As of the date of this Notice of Removal, that action is pending. The address of the state court is 500 E. San Antonio Ave., El Paso, Texas 79901.

2. The Plaintiff in this action served its Petition by certified mail upon Cummins through Cummins' registered agent in the State of Texas on December 9, 2019.

### STATUTORY BASIS FOR JURISDICTION

3. The 41st Judicial District Court, El Paso County, Texas, the court in which the State Court Action was filed and is pending, is located within the jurisdiction of the El Paso Division of the United States District Court for the Western District of Texas. This Court, therefore, is the

proper District Court to receive this action upon removal to federal court pursuant to 28 U.S.C. § 1441(a).

4. A copy of all process, pleadings and orders served on Defendant in the State Court action is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

5. Removal of this action is proper under 28 U.S.C. § 1441 *et seq*.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(2) because it is a civil action between citizens of a State and citizens or subjects of a foreign state, in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Specifically, Cummins is and was, at the time of the filing of this lawsuit, an Indiana corporation with its principal place of business in the State of Indiana, making it an Indiana citizen for diversity-jurisdiction purposes.

8. Plaintiff is a *sociedad de responsabilidad limitada* created under the laws of the Republic of Mexico, making it a citizen of a foreign state within the meaning of 28 U.S.C. § 1332(a)(2). *See* Original Petition at ¶ II(A).

9. Based on the claims asserted and the relief sought, the amount in controversy exceeds the $75,000 diversity-jurisdiction threshold. Specifically, Plaintiff asserts in its petition that the dispute entails "approximately $600,000 in sales per year" for one series of parts Plaintiff claims to be at issue, Original Petition at ¶ IV(E)(6), and "sales between $1.5 million $3.3 million" for another series of parts Plaintiff claims to be at issue. *Id.* at ¶ IV(E)(7). Plaintiff further makes reference to a claimed purchase order with "an approximate aggregate dollar value of $87,360," *id.* at ¶ IV(G)(2), as well as various other alleged purchase orders, investments or lost profits

totaling more than $100,000. Plaintiff further purports to seek exemplary damages, attorneys' fees, prejudgment and post-judgment interests, and costs of suit.

10. Removal is timely in that this notice has been filed within thirty days of service or attempted service on Cummins.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the 41st Judicial District, El Paso County, Texas. A copy of the State Court Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, Defendant Cummins Inc. gives notice that this action has been removed from the 41st Judicial District, El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

By: /s/ Laura Enriquez

**Laura Enriquez**
TX Bar No. 00795790
Mounce, Green, Myers,
Safi, Paxson & Galatzan, P.C.
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79999-1977
Telephone: (915) 532-2000
Telefax: (915) 541-1587
enriquez@mgmsg.com

J.A. Felton, *pro hac vice pending*
MO Bar No. 39549
Elizabeth D. Hatting, *pro hac vice pending*
MO Bar No. 67337
Lathrop Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Telephone: (816) 460-5561
jfelton@lathropgage.com
ehatting@lathropgage.com

Attorneys for Defendant
Cummins Inc.

## CERTIFICATE OF SERVICE

In compliance with the Federal Rules of Civil Procedure, I certify that on this 30 day of December 2019, a true and correct copy of the foregoing document was served on the following attorney of record as follows:

| | |
|---|---|
| Alfonso Soto<br>The Soto Law Firm<br>11395 James Watt, Suite A-9<br>El Paso, Texas 79936<br>(915) 533-1906<br>(915) 533-1903 fax<br>sototaxlaw@gmail.com | Served via:<br><br>__X__ Facsimile<br>____ Certified Mail<br>____ Hand Delivery |

/s/ Laura Enriquez
Laura Enriquez