UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| AVIALAE S DE RL DE CV, | § § § | |
| Plaintiff, | § | |
| V. | § § | EP-19-CV-00380-FM |
| CUMMINS INC., | § § | |
| Defendant. | § § | |

## JURY VERDICT FORM

**QUESTION NO. 1**

Did Plaintiff Avialae and Defendant Cummins Inc. form a contract regarding the shim rework project?

Answer "Yes" or "No."

__YES__

If you answered "No" to Question No. 1, then do not answer Question No. 2.

**QUESTION NO. 2**

Did Cummins Inc. materially breach the contract regarding the shim rework project?

Answer "Yes" or "No."

__YES__

**QUESTION NO. 3**

Did Plaintiff Avialae and Defendant Cummins Inc. form a contract regarding the housing rework project?

Answer "Yes" or "No."

<u>YES</u>

If you answered "No" to Question No. 3, then do not answer Question No. 4.

**QUESTION NO. 4**

Did Cummins Inc. materially breach the contract regarding the housing rework project?

Answer "Yes" or "No."

<u>YES</u>

**QUESTION NO. 5**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Avialae for damages sustained in the past, if any, you have found Defendant Cummins Inc. caused Plaintiff Avialae?

Answer:

<u>$28,000.00</u>

## CERTIFICATE

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same into court as our verdict.

_____

**PRESIDING JUROR, on behalf of a unanimous jury**


_____

**Printed Name of Presiding Juror**