UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| AVIALAE S DE RL DE CV, | § | |
| Plaintiff, | § § § | |
| v. | § § | EP-19-CV-00380-FM |
| CUMMINS, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On March 1, 2023, the above-captioned cause culminated in a jury verdict finding Defendant Cummins, Inc. had materially breached two contracts with Plaintiff Avialae S De RL De CV and awarding Plaintiff $28,000 in compensatory damages.[1] Neither party subsequently filed any post-trial motions. Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that Plaintiff have and receive $28,000 in compensatory damages; $2,240 (i.e., eight percent of $28,000) in pre-judgment interest[2]; and post-judgment interest as accrued pursuant to 28 U.S.C. § 1961.[3]

2. It is **FURTHER ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

3. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

---

[1] "Jury Verdict Form" 1–2, ECF No. 131, entered Mar. 1, 2023.

[2] "State law governs the award of prejudgment interest in diversity cases." *Meaux Surface Protection, Inc. v. Fogleman*, 607 F.3d 161, 172 (5th Cir. 2010) (citation and internal quotation marks omitted). "Under Texas law, pre-judgment interest on damages is awarded as a matter of course when the trier of fact finds that damages accrued before the time of judgment." *U.S. Metals, Inc. v. Liberty Ins. Corp.*, No. 12-CV-00379, 2018 WL 11357088, at *3 (S.D. Tex. May 25, 2018) (citation and internal quotation marks omitted). "The rate to be applied is the prime interest rate from the Federal Reserve or a minimum base rate of five percent." Id. (citing TEX. FIN. CODE § 304.003(c)(1)). The prime interest rate on April 13, 2023, was 8.00%.

[3] Post-judgment interest is "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield." 28 U.S.C. § 1961(a).

1

4. It is **FURTHER ORDERED** the court's rulings on Defendant's motion for summary judgment are **INCORPORATED HEREIN**.[4]

5. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **13th** day of **April 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[4] *See* "Memorandum Opinion and Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment," ECF No. 62, filed Sept. 13, 2021.